IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PAUL NARKIN | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-449 |
| | § | |
| SEAN MICHAEL REAGAN, ET AL. | § | |

**OPINION AND ORDER**

Before the Court is an Application to Proceed In Forma Pauperis filed by the Plaintiff, Paul Narkin, pro se.

On July 12, 2006, Narkin filed suit against Air France, a French corporation, Sean Michael Reagan and his law firm in Houston, Texas, and Penny L. Pope, a Justice of the Peace of Galveston County, Texas. The suit concerns a flight delay of thirty hours at an airport in Dohar, Qatar, which, Narkin alleges endangered his life. As a basis for federal jurisdiction Narkin asserts diversity of citizenship, however, diversity jurisdiction does not exist in this case. The basic requirement in diversity cases is that **all** Plaintiffs be of different citizenship than **all** Defendants. Any instance of common citizenship prevents diversity jurisdiction. Strawbridge v. Curtiss, 7 U.S. (3 Cranch) 267 (1806)    In the instant case Narkin, a resident of Texas, has sued, *inter alios*, three Defendants who are also Texas residents; therefore, there is no basis for federal diversity jurisdiction. Accordingly, it would be a waste of judicial resources to allow Narkin to proceed in this case at government expense.

It is, therefore, **ORDERED** that the Application to Proceed In Forma Pauperis (Instrument No. 2) of Plaintiff, Paul Narkin, is **DENIED.**

If Narkin insists on trying to purse this lawsuit in federal court he must pay the **$350.00** filing fee by **August 11, 2006**, or his complaint will be dismissed, without prejudice to filing in a proper Court, for want of prosecution.

**DONE** at Galveston, Texas, this 1st day of August, 2006.

Samuel B. Kent
United States District Judge